U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225

In Re:   ARRIVA PHARMACEUTICALS, INC.

BAP No.: NC-08-1009   (NOA filed by Protease Science, Inc.)

Bankruptcy No(s).: 07-42767 J11

Adversary No(s).:


NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT


A party to the appeal has timely filed an objection to the
disposition of this matter by the Bankruptcy Appellate Panel.
See 28 USC Section 158. Consequently, this appeal is herewith
transferred to _____SAN FRANCISCO DISTRICT COURT_____.

Please acknowledge receipt of the case file listed above
by signing and returning a copy of this transmittal form.



Harold S. Marenus, BAP Clerk


By: Edwina Clay
    Deputy Clerk

Date: January 17, 2008

                              Please acknowledge receipt of
                              the case file listed above.

                              Dated:_____

                              Signed:_____
                                   District Court Deputy

                              Assigned District Court No.
                              _____


cc: Bankruptcy Court
    All Parties

```
                    GENERAL DOCKET FOR
           Bankruptcy Appellate Panel of the Ninth Circuit

Court of Appeals Docket #: 08-1009                         Filed: 1/15/08
Nsuit:     0
Protease Science, In, et al v. Arriva Pharmaceutica
Appeal from: U.S. Bankruptcy Court - Oakland

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) Bankruptcy
     2) Chapter 11 Business
     3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0971-4 : 07-42767 J11
     presiding judge: Edward D. Jellen, Bankruptcy Judge
     Date Filed: 8/29/07
     Date order/judgment: 12/27/07
     Date NOA filed: 1/4/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
     None
Current cases:
                 Lead         Member         Start         End
     related:
                 08- 1008     08- 1009       1/15/08
                 08- 1008     08- 1010       1/15/08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Docket as of January 31, 2008 1:13 pm                              Page 1

Proceedings include all events.
08-1009   Protease Science, In, et al v. Arriva Pharmaceutica

In re: ARRIVA PHARMACEUTICALS,
INC.
    Debtor

---

PROTEASE SCIENCE, INC.
    Appellant

Penn Ayers Butler, Esq.
FAX 650/843-8777
650/856-6500
[COR LD NTC ret]
SQUIRE, SANDERS & DEMPSEY, L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

v.

ARRIVA PHARMACEUTICALS, INC.
    Appellee

Michael H. Ahrens, Esq.
415/434-9100
17th Floor
[COR LD NTC ret]
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center
San Francisco, CA 94111

Proceedings include all events.
08-1009   Protease Science, In, et al v. Arriva Pharmaceutica

In re: ARRIVA PHARMACEUTICALS, INC.

       Debtor

------------------------------

PROTEASE SCIENCE, INC.

       Appellant

  v.

ARRIVA PHARMACEUTICALS, INC.

       Appellee

Proceedings include all events.
08-1009   Protease Science, In, et al v. Arriva Pharmaceutica

| | |
|---|---|
| 1/10/08 | Filed Appellee Arriva Pharmaceutica orig and 3 copies of its Objection to BAP jurisdiction. Objection is timely filed. no pos. [08-1009] (ec) [08-1009] |
| 1/11/08 | [388215] Rcvd notice of appeal filed in Bk Ct. 1/4/08, notice of referral, transmittal form, copy of order disallowing claim. (ec) [08-1009] |
| 1/17/08 | [388252] Notice sent 1/17/08 to District Court transferring appeal per election. (ec) [08-1009] |
| 1/17/08 | [388253] Case closed: Transferred per objection. ( Election Without Judicial Action ) (ec) [08-1009] |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:                                             Case No.: 07-42767 J11

Arriva Pharmaceuticals, Inc.

_____Debtor(s).___/

**SC**

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES:

YOU AND EACH OF YOU are hereby notified that the enclosed notice of appeal has been filed by AlphaMed Pharmaceuticals Corp. with the Clerk of the Bankruptcy Court. By virtue of the orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: January 9, 2008

                                    GLORIA L. FRANKLIN, Clerk
                                    United States Bankruptcy Court


                                    By: /s/ Patricia Lenhart
                                         Deputy Clerk

Certificate of Mailing

I, the undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Northern District of California, at Oakland, hereby certify:

That I, in the in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Oakland, California, on the date below, in a sealed envelope, addressed as listed below.

Date: January 9, 2008          /s/ Patricia Lenhart
                                Deputy Clerk


United States Trustee
1301 Clay St. #690N
Oakland, CA 94612

Bankruptcy Appellent Panel
125 S Grand Ave.
Pasadena, CA 91105


**Protease Science, Inc.**
Squire, Sanders & Dempsey, L.L.P.
Penn Ayers Butler (State Bar #56663)
Douglas J. Rovens (State Bar #106562)
James E. McDonald (*Pro Hac Vice*)
600 Hansen Way
Palo Alto, CA 94304-1043


**Arriva Pharmaceuticals, Inc.**
Sheppard, Mullin, Richter & Hampton LLP
Michael H. Ahrens
4 Embarcadero Center 17th Floor
San Francisco, CA 94111

```
 1  Squire, Sanders & Dempsey L.L.P.
    Penn Ayers Butler (State Bar # 56663)
 2  pabutler@ssd.com
    Douglas J. Rovens (State Bar # 106562)
 3  drovens@ssd.com
    James E. McDonald (Pro Hac Vice)
 4  jmcdonald@ssd.com
    600 Hansen Way
 5  Palo Alto, CA  94304-1043
    Telephone:  +1.650.856.6500
 6  Facsimile:   +1.650.843.8777

 7  Attorneys for Creditor and Party-In-Interest,
    Protease Science, Inc.
```

RECEIVED
Harold S. Marcus, Clerk
U.S. BKCY APPELLATE PANEL
OF THE NINTH CIRCUIT

JAN 17 2008

BAP# NC-08-1009

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re | Case No. 07-42767 |
|---|---|
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | Chapter 11 |
| Debtor. | **NOTICE OF APPEAL** |
| Tax ID: 94-3287067 | |

**SC**

Protease Science, Inc. ("Protease"), creditor and party-in-interest, appeals to the bankruptcy appellate panel under 28 U.S.C. § 158 from the order of the bankruptcy judge (Honorable Edward D. Jellen) disallowing the Protease Claim in its entirety without leave to amend and estimating the Protease Claim at zero for voting purposes, entered in this Chapter 11 case on the 27th day of December, 2007.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

NOTICE OF APPEAL

Case: 07-42767   Doc #: 299   Filed: 01/04/2008   Page 1 of 2

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Protease Science, Inc.**<br>**Represented by:**<br>Squire, Sanders & Dempsey, L.L.P.<br>Penn Ayers Butler (State Bar #56663)<br>pabutler@ssd.com<br>Douglas J. Rovens (State Bar #106562)<br>drovens@ssd.com<br>James E. McDonald (*Pro Hac Vice*)<br>jmcdonald@ssd.com<br>600 Hansen Way<br>Palo Alto, CA 94304-1043<br>Telephone: (650) 856-6500<br>Facsimile: (650) 843-8777 | **Arriva Pharmaceuticals, Inc. (Debtor)**<br>**Represented by:**<br>Sheppard, Mullin, Richter & Hampton LLP<br>Michael H. Ahrens<br>mahrens@sheppardmullin.com<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |

Dated: January 4, 2008

Squire, Sanders & Dempsey L.L.P.

By: /s/ Penn Ayers Butler
        Penn Ayers Butler
Attorneys for Creditor and Party-In-Interest
AlphaMed Pharmaceutics Corp., a Florida corporation

# EXHIBIT A



Entered on Docket
December 27, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 27, 2007

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER,
Cal Bar No. 246048
TIMOTHY C. PERRY,
Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Debtor ARRIVA
PHARMACEUTICALS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>Debtor.<br><br>Tax ID: 94-3287067 | Case No. 07-42767<br><br>Chapter 11<br><br>**ORDER DISALLOWING CLAIM OF PROTEASE SCIENCES, INC. (CLAIM NO. 12)**<br><br>Date:   December 13, 2007<br>Time:   2:00 p.m.<br>Place:  United States Bankruptcy Court<br>           1300 Clay Street, Oakland, CA<br>Judge:  Hon. Edward D. Jellen<br>Ctrm:   215 |

On October 9, 2007, Protease Sciences, Inc. filed a claim (the "Protease Claim") in the amount of $30 million in the above-captioned bankruptcy case (the "Bankruptcy Case"). The Protease Claim was listed as Claim No. 12 on the claims register for the Bankruptcy Case. On November 7, 2007, Arriva Pharmaceuticals, Inc., the debtor in the Bankruptcy Case (the "Debtor") objected to the Protease Claim in its Omnibus Objection to Claims and Alternative Motion to Value Claims at Zero for Voting Purposes and its

1  Memorandum of Points and Authorities in support thereof (collectively, the "Objection"),
2  filed on the docket for the Bankruptcy Case as #'s 154 and 155, respectively.
3      On December 13, 2007, the Court heard argument on the Objection. The
4  appearances were as indicated in the record. For all the reasons stated on the record, which
5  reasons constitute the findings of this Court by Bankruptcy Rule 7052,
6      **IT IS HEREBY ORDERED THAT**
7      1.    The Objection is sustained. The Protease Claim is disallowed in its
8  entirety, without leave to amend.
9      2.    Further, in the event that such a ruling becomes necessary, the
10 Protease Claim is estimated at zero for voting purposes under the Debtor's plan as it
11 currently exists or is hereafter amended.
12
                \*\* END OF ORDER \*\*

<u>COURT SERVICE LIST</u>

**1. Counsel for the Official Creditors' Committee**
Michael D. Cooper
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
(510) 834-6600

**2. Office of the U.S. Trustee /Oakland**
Office of the U.S. Trustee
Attention: Laurent Chen
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

**3. Attorneys for Protease Sciences, Inc.**
Penn Ayers Butler
Squire, Sanders and Dempsey
600 Hansen Way
Palo Alto, CA 94304-1043
(650) 843-3242

**4. Stuart M. Brown**
Edwards, Angell, Palmer & Dodge LLP
919 N Market St., 5th Fl.
Wilmington, DE 19801
(302) 428-5500

**5. M. David Minnick**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
(415) 983-1351

**6. Nicolas De Lancie**
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
(415) 984-9675

**7. American Express Bank FSB**
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**8. Baxter Healthcare Corporation**
c/o David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

-3-

1 | 9. **Allan Wachter**
  | c/o Chris D. Kuhner
2 | Kornfield, Paul & Nyberg, P.C.
  | 1999 Harrison Street, Suite 2675
3 | Oakland, CA 94612

-4-

W02-WEST:5MML1\400609414.1                                                         ORDER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay St. #300
Oakland, CA 94612



**TRANSMITTAL FORM**

BAP# NC-08-1009

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA 91105

CASE NAME: Arriva Pharmaceuticals, Inc.

BANKRUPTCY NO.: 07-42767 J11

BANKRUPTCY JUDGE: Jellen

DATE NOTICE OF APPEAL FILED: 01/04/2008

DATE OF ENTRY OF ISSUE: 12/27/2007

DATE BANKRUPTCY FILED: 08/29/2007

NOTICE OF OBJECTION FILED:

DATE OF TRANSMITTAL: January 9, 2008

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT
JAN 1 1 2008
FILED
DOCKETED 1-15-08

PLEASE STAMP YOUR CASE NUMBER on a copy of this tranmittal form and return the copy to the bankruptcy court.

/s/ Patricia Lenhart
Deputy Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ARRIVA PHARMACEUTICALS INC.,

    Plaintiff,

v.

RE: ARRIVA PHARMACEUTICALS INC.,

    Defendant.
_____/

No. C-08-00692 SC
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:

    Bankruptcy Case: 07-42767 J11
    Adversary No.:
    BAP No.: NC- 08-1009
    Appellant:

The appeal has been assigned the following case number C-08-00692 SC before the Honorable Samuel Conti.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/6/2008 at     in Ctrm 1, 17th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jan 30, 2008

                    For the Court
                    Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record

United States District Court
Northern District of California

# Document Locator

**Case Number:** 08-692 SC

**Date Filed:** 1/30/08

**Document Type:**

- Reporter's Transcript: _____
- Trial Exhibits: _____
- Lodged Documents: _____
- Sealed Documents: _____
- Other: _additional Documents transferred with the initial filing_

**Location:**

- Expando File: _X_
  (located next to file)
- Overflow Shelf: _____
- Vault: _____
- Other: _____

**Document Number:** Part of Docket # 1