IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ARRIVA PHARMACEUTICALS INC.,

    Plaintiff,

v.

RE: ARRIVA PHARMACEUTICALS INC.,

    Defendant.
_____/

No. C-08-00692 SC
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
    Bankruptcy Case: 07-42767 JII
    Adversary No.:
    BAP No.: NC. 08-1009
    Appellant:

The appeal has been assigned the following case number C-08-00692 SC before the Honorable Samuel Conti.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/6/2008 at   in Ctrm 1, 17th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jan 30, 2008

                        For the Court
                        Richard W. Wieking, Clerk