1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| PROTEASE SCIENCE., INC. | No. 08-00692 |
| Plaintiff-Appellant, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARRIVA PHARMACEUTICALS, INC. | |
| Defendant-Appellee. | |

-1-

W02-WEST:FJV\400697837.1                                              CERTIFICATE OF SERVICE

<u>CERTIFICATE OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **February 1, 2008**, I served the following document(s) described as

**NOTICE OF PENDENCY OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Civ. L.R. 3-12]**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 1, 2008**, at San Francisco, California.

/s/ James Livingston
James Livingston

| | |
|---|---|
| 1 | SERVICE LIST |

**AlphaMed Pharmaceuticals Corp**
Added: 01/30/2008
(Appellant)
represented by Penn Ayers Butler
Squire Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94303
650-856-6500
650-843-8777 (fax)
Assigned: 01/30/2008
ATTORNEY TO BE NOTICED

**Douglas John Rovens**
Squire Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500
650-843-8777 (fax)
drovens@ssd.com
Assigned: 01/30/2008
ATTORNEY TO BE NOTICED

**Official Committee of Creditors Holding**
Unsecured Claims
Added: 01/30/2008
(Creditor) represented by Michael D. Cooper
Wendel Rosen Black & Dean, LLP
1111 Broadway
24th Floor
P.O. Box 2047
Oakland, CA 94607-4036
510-834-6600
510-834-1928 (fax)
Assigned: 01/30/2008
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**James E. McDonald**
Squire Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500
650-843-8777 (fax)
Assigned: 01/30/2008
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Office of the U.S. Trustee/Oak,**
Office of the U.S. Trustee
1301 Clay Street #690N
Oakland, CA 94612
(510) 637-3200
Added: 01/30/2008
(Trustee)