**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/23/08

Case No.   C08-1279 SI           Judge:   SUSAN ILLSTON
C-08-0825
08-691
08-692
08-693

Title: ALPHAMED  -v- ARRIVA PHARMACEUTICALS

Attorneys: Balmat            McDonald

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                              PART

Case continued to  **7/24/08 @ 3:30 p.m.**   for Bankruptcy Appeal
File opening brief: 6/5/08
File opposition: 6/25/08
File reply: 7/7/08

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties have agreed to have agreed to brief all the cases as indicated above.

All case management conferences shall be vacated at this time.