SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:    415.954.0200
Facsimile:     415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Appellants Protease Sciences, Inc. and
Sonoran Desert Chemicals, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC., <br><br> Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Appellee. | Case Nos. 08-00692-SI; 08-00693-SI <br><br> Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI. <br><br> **E-FILING** <br><br> MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 <br><br> (Fed. R. Bankr. P. 8011) |
| SONORAN DESERT CHEMICALS, L.L.C. <br><br> Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Appellee. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8011, Appellants Protease Sciences, Inc. ("Protease") and Sonoran Desert Chemicals, L.L.C. ("Sonoran") hereby move to consolidate the appellate briefing in Case Nos. 08-00692 and 08-00693. The facts and legal issues involved in these appeals overlap substantially, and consolidated briefing would promote efficiency and would spare the time and resources of the Court. Consolidated briefing also would permit the filing of a consolidated appendix for both appeals.

Accordingly, Protease and Sonoran respectfully request that the appeals in Case Nos. 08-00692 and 08-00693 be consolidated, and the parties directed to submit consolidated briefs for those appeals.

Respectfully submitted,

Dated: May 27, 2008                                         Squire, Sanders & Dempsey L.L.P.

By:                /S/
       Daniel T. Balmat

Attorneys for Protease Sciences, Inc. and Sonoran Desert Chemicals, L.L.C..

SANFRANCISCO/264650.1
05/27/08

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

MOTION TO CONSOLIDATE APPEALS – Case Nos. 08-00692-SI and 08-00693-SI