| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | James E. McDonald (admitted *pro hac vice*) |
| 2 | Douglas J. Rovens (CA Bar No. 106562) |
| | Daniel T. Balmat (CA Bar No. 230504) |
| 3 | One Maritime Plaza, Third Floor |
| | San Francisco, CA  94111-3492 |
| 4 | Telephone:     415.954.0200 |
| | Facsimile:      415.393.9887 |
| 5 | jmcdonald@ssd.com |
| | drovens@ssd.com |
| 6 | dbalmat@ssd.com |

Attorneys for Appellants Protease Sciences, Inc. and
Sonoran Desert Chemicals, L.L.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC., | Case Nos. 08-00692-SI; 08-00693-SI |
| Appellant, | Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI. |
| vs. | |
| ARRIVA PHARMACEUTICALS, INC., | **E-FILING** |
| Appellee. | |
| | **CERTIFICATE OF SERVICE** |
| SONORAN DESERT CHEMICALS, L.L.C. | |
| Appellant, | |
| vs. | |
| ARRIVA PHARMACEUTICALS, INC., | |
| Appellee. | |

# CERTIFICATE OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111, which is located in the country where any non-personal service described below took place.

On May 27, 2008, a copy of the following document(s):

**MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693**

was served on:

**SEE ATTACHED SERVICE LIST**

Service was accomplished as follows:

[ X ]   **By U.S. Mail**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 27, 2008, at San Francisco, California.

By:   */s/ Regina Arroyo*
      Regina Arroyo

# SERVICE LIST

| | |
|---|---|
| Michael H. Ahrens<br>Ori Katz<br>Michael Magayne Lauter<br>Timothy Charles Perry<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 | ***Attorneys for Appellee***<br>***Arriva Pharmaceuticals Inc.*** |
| ***Official Committee of Creditors Holding Unsecured Claims***<br>**c/o Michael D. Cooper**<br>**Tracy Green**<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607<br>Telephone: (510) 834-6600<br>Facsimile: (510) 834-1928 | ***U.S. Bankruptcy Appellate Panel of the Ninth Circuit***<br>U.S. Bankruptcy Appellate Panel<br>125 South Grand Avenue<br>Pasadena, CA 91105 |
| ***Miscellaneous USBC Manager-Oakland***<br>U.S. Bankruptcy Court<br>1300 Clay Street, Third Floor<br>Oakland, CA 94612<br>Telephone: (510) 879-3600 | ***Miscellaneous Bankruptcy Judge***<br>**Edward D. Jellen**<br>U.S. Bankruptcy Court<br>1300 Clay Street, Third Floor<br>Oakland, CA 94612<br>Telephone: (510) 879-3600 |
| ***United States Trustee***<br>Office of the US Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612 | |