| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON |
| | A Limited Liability Partnership |
| 2 | MICHAEL H. AHRENS, Cal. Bar No. 44766 |
| | ORI KATZ, Cal. Bar No. 209561 |
| 3 | MICHAEL M. LAUTER, Cal. Bar No. 246048 |
| | TIMOTHY C. PERRY, Cal. Bar No. 248543 |
| 4 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 5 | Telephone:  415-434-9100 |
| | Facsimile:  415-434-3947 |

Attorneys for Appellee Arriva Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC., | Case Nos. 08-00692-SI; 08-00693-SI |
| Appellant, | Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI. |
| vs. | |
| ARRIVA PHARMACEUTICALS, INC., | **E-FILING** |
| Appellee. | ARRIVA PHARMACEUTICALS' STATEMENT OF NON-OPPOSITION TO MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 |
| SONORAN DESERT CHEMICALS, L.L.C. | |
| Appellant, | |
| vs. | |
| ARRIVA PHARMACEUTICALS, INC., | |
| Appellee. | |

1      On May 27, 2008 Protease Sciences, Inc. ("Protease") and Sonoran Desert Chemicals L.L.C., appellants in appeals numbers 08-00692 (the "Protease appeal") and 08-00693 (the "Sonoran appeal"), respectively, filed a motion to consolidate the Protease appeal and the Sonoran appeal (the "Motion to Consolidate").

     Appellee Arriva Pharmaceuticals, Inc. ("Arriva") has no opposition to the Motion to Consolidate.

Respectfully submitted,

Dated: June 3, 2008

Sheppard, Mullin, Richter & Hampton

By: _____
Timothy C. Perry
Attorneys for Arriva Pharmaceuticals, Inc.

---

ARRIVA PHARMACEUTICALS' STATEMENT OF NON-OPPOSITION
Case Nos. 08-00692-SI and 08-00693-SI