SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:     415.954.0200
Facsimile:      415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Appellants Protease Sciences, Inc. and
Sonoran Desert Chemicals, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC.,<br><br>          Appellant,<br><br>     vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>          Appellee.<br><br>SONORAN DESERT CHEMICALS, L.L.C.<br><br>          Appellant,<br><br>     vs.<br><br>ARRIVA PHARMACEUTICALS, INC.,<br><br>          Appellee. | Case Nos. 08-00692-SI; 08-00693-SI<br><br>Related Case Nos. 08-00691-SI; 08-00825-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693<br><br>(Fed. R. Bankr. P. 8011) |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 – CASE NOS. 08-00692-SI and 08-00693-SI

Appellants Protease Sciences, Inc. ("Protease") and Sonoran Desert Chemicals, L.L.C. ("Sonoran") have moved this Court to consolidate the appellate briefing in Case Nos. 08-00692 and 08-00693.

Having considered the papers submitted by the parties, the Court hereby **GRANTS** Appellants Protease's and Sonoran's Motion to Consolidate Appeals Nos. 08-00692 and 08-00693.

**IT IS SO ORDERED.**

DATED:_____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

[PROPOSED] ORDER GRANTING APPELLANTS PROTEASE'S AND SONORAN'S MOTION TO CONSOLIDATE APPEALS NOS. 08-00692 AND 08-00693 – CASE NOS. 08-00692-SI and 08-00693-SI