1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10            On Appeal from the United States Bankruptcy Court
                  for the Northern District of California
11                      Hon. Edward D. Jellen

| | |
|---|---|
| 12  SONORAN DESERT CHEMICALS, LLC<br>AND PROTEASE SCIENCES, INC., | Consolidated Case Nos. 08-00692-SI and 08-00693-SI |
| 13 | |
| 14                    Claimants-Appellants, | **CERTIFICATE OF SERVICE** |
| 15       v. | |
| 16  ARRIVA PHARMACEUTICALS, INC., | |
| 17                    Reorganized Debtor-<br>Appellee. | |

18

19

20

21

22

23

24

25

26

27

28

1    I am employed in the County of San Francisco; I am over the age of 18 years
and not a party to the within entitled action; my business address is Four Embarcadero
2   Center, 17th Floor, San Francisco, California 94111-4106.

3    On May 9, 2008, I served the following documents described as:

4   **APPELLEE'S BRIEF [PROTEASE AND SONORAN CLAIMS APPEALS]**

5   **COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692,
    08-0693 AND 08-0825**

6
on the interested party(ies) in this action by placing true copies thereof enclosed in sealed
7   envelopes and/or packages addressed as follows:

8   **See Attached Service List**

9   ☐   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
    processing correspondence for mailing. Under that practice it would be deposited
10   with the U.S. postal service on that same day with postage thereon fully prepaid at
    San Francisco, California in the ordinary course of business. I am aware that on
11   motion of the party served, service is presumed invalid if postal cancellation date or
    postage meter date is more than one day after date of deposit for mailing in
12   affidavit.

13   ☐   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand
    to the office of the addressee(s).

14
    ☒   **BY OVERNIGHT DELIVERY EXCEPT AS OTHERWISE STATED:** I
15   served such envelope or package to be delivered on the same day to an authorized
    courier or driver authorized by the overnight service carrier to receive documents,
16   in an envelope or package designated by the overnight service carrier.

17   ☒   **FEDERAL:** I declare that I am employed in the office of a member of the bar
    of this Court at whose direction the service was made. I declare under penalty of
18   perjury under the laws of the United States of America that the foregoing is true and
    correct.

19
    Executed on June 25, 2008 at San Francisco, California.
20

21
    /s/ James Livingston
22   James Livingston

23

24

25

26

27

28

1

**SERVICE LIST - OVERNIGHT**

2

3 **Sonoran Desert Chemicals, LLC**
*(Appellant)* represented by **Daniel T. Balmat**
4 Squire, Sanders & Dempsey, LLP
One Maritime Plaza, Suite 300
5 San Francisco, CA  94111-3492
6 415-954-0383
415-393-9887 (fax)
7 dbalmat@ssd.com

8 **M. Sue Preston**
9 1010 Atlantic Ave.
Alameda, CA  94501
10 *Added: 01/30/2008*
*(Miscellaneous)*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

W02-WEST:FJV\400913806.1