IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>ARRIVA PHARMACEUTICALS, INC., a California Corporation,<br>    Reorganized Debtor-Appellee.<br>_____ / | Nos. C 08-691 SI, C 08-692 SI, C 08-693 SI, C 08-825 SI |
| PROTEASE SCIENCES, INC.,<br>    Claimant-Appellant,<br>  v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>    Debtor-Appellee.<br>_____ / | **JUDGMENT RE: BANKRUPTCY APPEALS** |
| SONORAN DESERT CHEMICALS, INC.,<br>    Claimant-Appellant,<br>  v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>    Debtor-Appellee.<br>_____ / | |
| ALPHAMED PHARMACEUTICALS CORP,<br>    Plaintiff-Appellant,<br>  v.<br>ARRIVA PHARMACEUTICALS INC,<br>    Defendant-Appellee.<br>_____ / | |

This Court has affirmed the Bankruptcy Court in these four related bankruptcy appeals. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 1, 2008

SUSAN ILLSTON
United States District Judge