Squire, Sanders & Dempsey L.L.P.
Douglas J. Rovens (State Bar # 106582)
drovens@ssd.com
Daniel T. Balmat (State Bar # 230504)
dbalmat@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0383
Facsimile: +1.415.393.9887

Gunster, Yoakley & Stewart, P.A.
James E. McDonald (admitted *Pro Hac Vice*)
jmcdonald@gunster.com
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-376-6000
Facsimile: 305-376-6010

Attorneys for
PROTEASE SCIENCES, INC. AND
SONORAN DESERT CHEMICALS, LLC.

FILED

08 AUG 19 PM 2:31

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEASE SCIENCES, INC., <br><br> Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Appellee, <br><br> SONORAN DESERT CHEMICALS, LLC, <br><br> Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Appellee. | Case No. 08-0692 (SI) and 08-0693 (SI) <br><br> **JOINT REPRESENTATION STATEMENT** <br><br> The Honorable Susan Illston |

# JOINT REPRESENTATION STATEMENT

The undersigned represents PROTEASE SCIENCES, INC. and SONORAN DESERT CHEMICALS, LLC, Appellants in this matter, and no other parties. Below is a list showing all of the parties to the action being appealed, including their counsel by name, firm, address, and telephone number:

| Appellants | Appellee |
|---|---|
| **Protease Science, Inc and Sonoran Desert Chemicals, LLC** | **Arriva Pharmaceuticals, Inc.** |
| Represented by: | Represented by |
| Douglas J. Rovens<br>*drovens@ssd.com*<br>Daniel T. Balmat<br>*dbalmat@ssd.com*<br>Squire, Sanders & Dempsey, LLP<br>One Maritime Plaza, Suite 300<br>San Francisco , CA 94111-3492<br>Tel:  415-954-0383<br>Fax:  415-393-9887 | Michael H. Ahrens<br>Timothy Charles Perry<br>Michael Magayne Lauter<br>Ori Katz<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:  415-434-9100<br>Fax:  415-434-3947 |
| James E. McDonald<br>*jmcdonald@gunster.com*<br>Gunster, Yoakley & Stewart, P.A.<br>One Biscayne Tower, Suite 3400<br>2 South Biscayne Boulevard<br>Miami, FL  33131<br>Tel:  305-376-6000<br>Fax:  305-376-6010 | |

Dated: August 19, 2008

Respectfully submitted,

By: _____
Daniel T. Balmat

Attorneys for Appellants
PROTEASE SCIENCES, INC. AND
SONORAN DESERT CHEMICALS, LLC

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111