**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 20, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-00692 SI (Consolidated with CV 08-693 SI)**

**CASE TITLE: IN RE: ARRIVA PHARMACEUTICALS INC.-v-IN RE: ARRIVA PHARMACEUTICALS INC.**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/
by: Yumiko Saito
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 20, 2008

**CASE INFORMATION:**
Short Case Title:   <u>IN RE: ARRIVA PHARMACEUTICALS INC.</u>-v- <u>IN RE: ARRIVA PHARMACEUTICALS INC.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NDCA, San Francisco Division, Judge Susan Illston</u>
Criminal and/or Civil Case No.:  <u>CV 08-00692 SI</u>
Date Complaint/Indictment/Petition Filed: <u>1/30/08</u>
Date Appealed order/judgment *entered* <u>8/1/08</u>
Date NOA *filed* <u>8/19/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Jim Yeomans, (415) 863-5179</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>8/19/08</u>                Date Docket Fee Billed:
Date FP granted:                                    Date FP denied:
Is FP pending?  ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: <u>08-693 (Consolidated), 08-691, 08-825</u>

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                                  Appellee Counsel:



☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                        Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Yumiko Saito</u>
                                                    (415) 522-2068