**RECEIVED**

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 20, 2008

08-16871

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

CASE NUMBER: <u>CV 08-00692 SI (Consolidated with CV 08-693 SI)</u>

CASE TITLE: <u>IN RE: ARRIVA PHARMACEUTICALS INC.-v-IN RE: ARRIVA PHARMACEUTICALS INC.</u>

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/
by: Yumiko Saito
Case Systems Administrator

cc: Counsel of Record